JAMES BRACKETT et al., Appellants, *v.* GEORGE G. WYMAN et al., Respondents.

(Argued September 22, 1871.; decided January term, 1872.)

PLAINTIFFS and defendants each had judgments against one John R. Wyman. Certain real estate of said Wyman was being sold at a foreclosure sale upon a mortgage, which was a prior lien to the judgment. Plaintiffs assigned to defendants their judgment, and agreed not to bid at the foreclosure sale, upon defendants executing to them an agreement to pay $600 in installments. Plaintiffs did not bid and the premises were purchased by defendants. Plaintiffs brought suit upon the agreement. *Held,* that plaintiffs' agreement to abstain from bidding was unlawful as against public policy, and rendered the whole contract void.

*O. M. Benedict* for the appellants.

*Charles G. Judd* for the respondents.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed, with costs.